# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cr37-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOEBEN OREN MARTIN. | ) | |
| | ) | |

**THIS MATTER** coming on to be heard before the undersigned, pursuant to a Notice of Withdrawal of Motion (#12) filed herein by the defendant in which the defendant gives notice of his withdrawal of the Motion to Suppress (#11) filed in this cause on May 21, 2007 and it appearing to the court that good cause has been shown for the granting of said withdrawal.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Notice of Withdrawal of Motion (#12) is hereby **ALLOWED** and that the Motion to Suppress (#11) shall be considered to have been **WITHDRAWN**.

Signed: June 18, 2007

_____
Dennis L. Howell
United States Magistrate Judge