IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NOS. 1:07CR37 & 1:07CR55

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| JOEBEN OREN MARTIN | ) | |

**THIS MATTER** is before the Court on motions of defense counsel for permission to file for interim payments of counsel fees.

For the reasons set forth in the motions and for cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's motions are **ALLOWED**, and John C. Hunter is hereby permitted to file interim fee petitions in these matters.

Signed: July 6, 2007

Lacy H. Thornburg
United States District Judge