IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:07CR101

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| GINGER SUSANNE PRICE ) | |

**THIS MATTER** is before the Court on Defendant's motion to continue the trial from the January 2008 term.

The Court finds for the reasons stated in Defendant's motion and upon a showing that failure to grant such a motion would result in a miscarriage of justice, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(i).** The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant to a speedy trial.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for continuance is **ALLOWED** and this case is hereby continued from the January 2008 term in the Asheville Division.

**IT IS FURTHER ORDERED** that Defendant's counsel notify the Magistrate Judge upon Defendant's release from the hospital so the Rule 11 hearing may be rescheduled herein.

Signed: January 4, 2008

Lacy H. Thornburg
United States District Judge